UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 13, 2016

MEMO TO COUNSEL RE: Constructure Management, Inc. v. Mukesh Majmudar, et al.
Civil No. JFM-16-2309

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to consolidate. The motion (document 18) is denied. It is apparent that the purpose of the motion is to stay this action pending the arbitration of the disputes joined in Civil Action RDB-16-1246. However, there is at best a limited overlap of the issues presented. Defendants are, of course, entitled to file a motion to stay after the conclusion of discovery.

A conference call will be held on September 29, 2016 at 4:45 p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 SEP 13 PM 3:47
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

cc: Honorable Richard D. Bennett