UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 19, 2016

MEMO TO COUNSEL RE:  Constructure Management, Inc. v. Mukesh Majmudar, et al.
Civil No. JFM-16-2309

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to compel arbitration filed by Star Development Group, LLC.

I remain of the view that there is only a limited overlap between the issues presented in the arbitration proceedings and the issues presented in this case. Accordingly, Star Development's motion (document 25) is denied.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J.F.M.

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 DEC 19  AM 11:47

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY